IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1000-JLK

LINDA L. IMONTI,

      Plaintiff,

v.

ARTHUR ANDERSEN LLP,

      Defendant.

## ORDER ON STIPULATED MOTION FOR DISMISSAL

Before the Court is the Parties' Stipulated Motion for Dismissal.  Having considered the Motion and being fully aware of its premises, it is now

ORDERED that the Motion is GRANTED.  This action and all claims and causes of action raised in it are hereby DISMISSED with prejudice.  Each party will bear its own costs of this litigation.

DATED this 18th day of November, 2005.

BY THE COURT:


s/John L. Kane
John L. Kane, Judge